# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132252
(20)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRUCE WAYNE GEYER,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132252
COA: 270662
Isabella CC: 02-000547-FH

On order of the Court, the motion for reconsideration of this Court's January 31, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

KELLY, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk